```
1  BOWMAN AND BROOKE LLP
   Brian Takahashi (SBN 146505)
2  Edgar J. Gutierrez (SBN 189011)
   879 West 190th Street, Suite 700
3  Gardena, California 90248-4227
   Telephone: (310) 768-3068
4  Facsimile: (310) 719-1019

5  Attorneys for Defendant, MAYTAG CORPORATION
```

FILED
NOV -5 AM 11:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## UNITED STATES FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YANG, an individual and BEACH YEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive,<br><br>Defendant. | CASE NO.: '07 CV 2111 IEG JMA<br>(Removed from Los Angeles Superior Court Case No. BC375391)<br><br>Assigned to:<br>Department:<br><br>**NOTICE AND CERTIFICATE OF INTERESTED PARTIES**<br><br>Action Filed: August 6, 2007<br>Trial Date: None |

BY FAX

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

The undersigned, counsel of record for Defendant Maytag Corporation, hereby certifies that the following listed persons and/or parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff, Pearl Yang;
2. Plaintiff Beach Yen;
3. Defendant Maytag Corporation; and,

1  4.  Whirlpool Corporation is the parent corporation of Maytag Corporation,
2  the defendant in this litigation. Accordingly, Whirlpool Corporation has a financial
3  interest in the outcome of this litigation.

4

5  Dated: November 2, 2007                    BOWMAN AND BROOKE LLP

6
7
8                                             By: _____
9                                                 Brian Takahashi
                                                  Edgar J. Gutierrez
10                                                Attorneys for Defendant, MAYTAG
                                                  CORPORATION
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

CCP 1013A(3) (Revised 5/1/88)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, CA 90248-4227.

On November _2_, 2007, I served the foregoing document described as **NOTICE AND CERTIFICATE OF INTERESTED PARTIES** on all interested parties in this action by placing **a true copy** thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

(X)   **BY MAIL (CCP §1013(a) and §2015.5)**

( )   **BY OVERNIGHT DELIVERY (CCP §1013(c) and §2015.5)**

( )   **BY FACSIMILE (CRC 2.306 and CCP §2015.5):** The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service list and the transmission(s) reported as complete and without error. The facsimile machine I used complied with the California Rules of Court, Rule 2.306(g) and I printed a record of the transmission(s), a copy of which is attached to the original of this declaration.

( )   **BY PERSONAL SERVICE (CCP §1011 and §2015.5):** I delivered such envelope by hand to the addressee.

(X) As follows: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

Executed on November _2_, 2007, at Gardena, California.

() (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Samie Long

L429398

3

**NOTICE AND CERTIFICATE OF INTERESTED PARTIES**

CASE NO:_____

## SERVICE/MAILING LIST

### Pearl Yang and Beach Yen v. Maytag Corporation
Los Angeles Superior Court (Central District) Case No: BC375391

| | |
|---|---|
| I. Donald Weissman, Esq.<br>WASSERMAN, COMDEN &<br>CASSELMAN, LLP<br>5567 Reseda Boulevard, Suite 330<br>P.O. Box 7033<br>Tarzana, CA 91357-7033 | **Attorneys for Plaintiffs PEARL YANG and BEACH YEN**<br><br>Tel:  (818) 705-6800<br>       (323) 872-0995<br>Fax: (818) 345-0162 |

L428758