I. DONALD WEISSMAN (Bar No. 67980)
dweissman@wcclaw.com
WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiffs
**PEARL YANG and BEACH YEN**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEARL YANG**, an individual and **BEACH YEN**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**MAYTAG CORPORATION**, a Delaware corporation, and DOES 1-150, inclusive,<br><br>Defendants. | CASE NO. **3:07-cv-02111-IEG-JMA**<br>(Removed from LASC Case No. BC375391)<br><br>**PLAINTIFFS DEMAND FOR JURY TRIAL**<br><br>Trial Date:   None. |

    Plaintiffs PEARL YANG and BEACH YEN, hereby demand trial by jury in this action.

DATED: November 8, 2007

WASSERMAN, COMDEN & CASSELMAN, L.L.P.

By: _/s/ I. Donald Weissman_
    I. DONALD WEISSMAN
Attorneys for Plaintiffs
**PEARL YANG and BEACH YEN**

833663.1

07 CV 2111IEG JMA

PLAINTIFFS DEMAND FOR JURY TRIAL

**PROOF OF SERVICE**

YANG V. MAYTAG ET AL.

Case No. 07 CV 2111IEG JMA

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 5567 Reseda Boulevard, Suite 330, Tarzana, California 91356. I am over the age of eighteen years and am not a party to the within action;

    On November 8, 2007, I served the following document(s) entitled **PLAINTIFFS DEMAND FOR JURY TRIAL** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Brian Takahashi, Esq.<br>Edgar J. Gutierrez, Esq.<br>BOWMAN AND BROOKE LLP<br>879 W. 190th Street, Suite 700<br>Gardena, CA 90248-4227<br>Telephone: (310) 768-3068<br>Facsimile: (310) 719-1019 | Attorneys for Defendant<br>MAYTAG CORPORATION |

**BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Tarzana, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on November 8, 2007, at Tarzana, California.

                                                  Billie J. Towe

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

833663.1

07 CV 2111IEG JMA

PLAINTIFFS DEMAND FOR JURY TRIAL