I. DONALD WEISSMAN (Bar No. 67980)
dweissman@wcclaw.com
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiffs
**PEARL YANG and BEAN YEN**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEARL YANG, an individual and BEAN YEN, an individual**, <br><br> Plaintiffs, <br><br> vs. <br><br> **MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive**, <br><br> Defendants. | CASE NO. **3:07-cv-02111-IEG-JMA** <br> (Removed from LASC Case No. BC375391) <br><br> **NOTICE OF ERRATA** <br><br><br> Trial Date:    None. |

PLEASE TAKE NOTICE that Plaintiff BEAN YEN hereby submits that he was erroneously identified as Plaintiff BEACH YEAN in the caption of his complaint and subsequent pleadings exchanged between opposing counsel, up to and including the filing of this Notice.  Plaintiff hereby requests leave of court to the following errata:

The correct spelling and identity of Plaintiff is BEAN YEN, not BEACH.

"Errata's" made herein are corrections of an error either in printing, editing, or writing.

/ / /

/ / /

837114.1                                                                                                                3:07-cv-02111-IEG-JMA

NOTICE OF ERRATA

Counsel for Plaintiffs apologize for this error.

Dated: December 7, 2007  Requestfully submitted,

s/I.DONALD WEISSMAN
I.DONALD WEISSMAN
Bar Number 67980
Attorneys for Plaintiffs
PEARL YANG and BEAN YEN
WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 705-8634
E-mail: DWeissman@wcclaw.com

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

837114.1                              2                         3:07-cv-02111-IEG-JMA
NOTICE OF ERRATA

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

| | |
|---|---|
| 1 | CERTIFICATION OF SERVICE |
| 2 | I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: |

Brian Takahashi, Esq.
Edgar J. Gutierrez, Esq.
BOWMAN AND BROOKE LLP
879 W. 190th Street, Suite 700
Gardena, CA 90248-4227
Telephone: (310) 768-3068
Facsimile: (310) 719-1019
Email: edgar.gutierrez@bowmanandbrooke.com
*Counsel for Defendant*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the above-referenced counsel of record and to the following non-CM/ECF participants:

Michael D. Hostetter, Esq.
NALL & MILLER, LLP
235 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303-1401
Telephone: (404) 522-2200
Facsimile: (404) 522-2208
*Corporate Counsel for Defendant*

Respectfully submitted,

s/I.DONALD WEISSMAN
I.DONALD WEISSMAN