I.DONALD WEISSMAN (Bar No. 67980)
  dweissman@wcclaw.com
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile:  (818) 345-0162

Attorneys for Plaintiffs
**PEARL YANG and BEAN YEN**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEARL YANG, an individual and BEAN YEN, an individual**,<br><br>  Plaintiffs,<br><br>  vs.<br><br>**MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive**,<br><br>  Defendants. | CASE NO. **3:07-cv-02111-IEG-JMA**<br>(Removed from LASC Case No. BC375391)<br><br>**PLAINTIFFS' EARLY EVALUATION CONFERENCE STATEMENT**<br><br>Date:  December 17, 2007<br>Time:  10:00 a.m.<br>Crtrm.: 1165<br><br>Trial Date:         None. |

   PLAINTIFFS, PEARL YANG and BEAN YEN (erroneously named in Plaintiffs' Complaint as BEACH YEN - see Notice of Errata filed concurrently), submit the following Early Evaluation Conference Statement:

**1.  The Parties:**

   Plaintiffs:                              Represented by:

   PEARL YANG and                I.Donald Weissman

   BEAN YEN                          WASSERMAN, COMDEN &

                                                CASSELMAN, LLP

/ / /

1  Defendant:
2  Maytag Corporation                    Brian Takahashi, Esq.
3                                        Edgar J. Gutierrez, Esq.
4                                        BOWMAN AND BROOK LLP

## 2. Nature of Case.

This is an action for personal injuries. It was filed in Los Angeles Superior Court and removed by defendant to this court.

## 3. Statement of Facts.

Plaintiffs purchased a home in the Carlsbad area. Included were certain appliances, including a dishwasher manufactured by defendant, Maytag Corporation (MAYTAG).

Plaintiffs travel to Taiwan regularly for business. They are gone from their home from one week to two months at a time.

On or about September 30, 2005, Plaintiffs had returned from a business trip. They were gone approximately one month. When they arrived home, they started cleaning. They opened and closed the dishwasher door a number of times. They then began running the dishwasher. Pearl turned on the dishwasher and it almost immediately exploded. Plaintiff, BEAN YEN was in the near vicinity and saw the events of the explosion. Plaintiff, PEARL YANG, was in the direct line of shrapnel from the explosion. Her body took the full brunt of the explosion.

## 4. Injuries and Damages.

Pearl received bruises over her entire body. Her wrist was shattered. She was hospitalized. An open reduction and repair to her right (major) arm was performed. She was required to wear hardware that was internally attached and outside her wrist and arm, for an extended period of time.

Pearl has residual injury and weakness to her right side, arm and wrist. Medical expenses are over $25,000.00.

Bean Yen witnessed the injuries to Pearl. He also claims loss of consortium

1 due to the loss of his wife's services from these injuries, which continue.

2 **5.** **Settlement Discussions.**

There have been no settlement discussions. Defendant has taken the position it warned of these events and will make no offer. Plaintiffs have not made a settlement demand.

Dated:  December 7, 2007

s/I.DONALD WEISSMAN
I.DONALD WEISSMAN
Bar Number 67980
Attorneys for Plaintiffs
PEARL YANG and BEAN YEN
WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone:  (818) 705-6800
Facsimile:  (818) 705-8634
E-mail:  DWeissman@wcclaw.com

CERTIFICATION OF SERVICE

I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Brian Takahashi, Esq.
Edgar J. Gutierrez, Esq.
BOWMAN AND BROOKE LLP
879 W. 190th Street, Suite 700
Gardena, CA 90248-4227
Telephone: (310) 768-3068
Facsimile: (310) 719-1019
Email: edgar.gutierrez@bowmanandbrooke.com
*Counsel for Defendant*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the above-referenced counsel of record and to the following non-CM/ECF participants:

Michael D. Hostetter, Esq.
NALL & MILLER, LLP
235 Peachtree Street, NE
Suite 1500
Atlanta, GA 30303-1401
Telephone: (404) 522-2200
Facsimile: (404) 522-2208
*Corporate Counsel for Defendant*

   Respectfully submitted,

   s/I.DONALD WEISSMAN
   I.DONALD WEISSMAN