UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YANG, an individual, et al., | ) Case No. 07-CV-2111-IEG (JMA) ) |
| Plaintiffs, | ) **ORDER SCHEDULING TELEPHONIC** ) **CASE MANAGEMENT CONFERENCE** ) |
| v. | ) |
| MAYTAG CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

The Court convened an Early Neutral Evaluation Conference on December 17, 2007 at 10:00 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held on **January 10, 2008** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  December 17, 2007

                                                                              _____
                                                                              Jan M. Adler
                                                                              U.S. Magistrate Judge

07cv2111