UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YANG, an individual, et al., ) | Case No. 07-CV-2111-IEG (JMA) |
| ) Plaintiffs, ) | **ORDER FOLLOWING TELEPHONIC CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| MAYTAG CORPORATION, et al., ) | |
| ) Defendants. ) | |

On January 10, 2008 at 9:30 a.m., the Court convened a telephonic Case Management Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>January 24, 2008</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>February 7, 2008</u>;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>February 7, 2008</u>

1  (the parties should consult Rule 26(f) for the substance of the
2  discovery plan);[1] and,
3     4.   Pursuant to Rule 16(b) of the Federal Rules of Civil
4  Procedure, a telephonic Case Management Conference shall be held
5  on **February 14, 2008** at **9:30 a.m.** before Magistrate Judge Adler.
6  All counsel and unrepresented parties shall appear telephonically
7  at this conference.  The Court will initiate the conference call.
8      Failure of any counsel or party to comply with this Order
9  will result in the imposition of sanctions.
10     **IT IS SO ORDERED.**
11 DATED:   January 10, 2008

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge

---

[1] The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.