UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YANG, an individual, et al., | ) Case No. 07-CV-2111-IEG (JMA) ) |
| Plaintiffs, | ) **ORDER SCHEDULING TELEPHONIC** ) **CASE MANAGEMENT CONFERENCE** ) |
| v. | ) ) |
| MAYTAG CORPORATION, et al., | ) ) |
| Defendants. | ) ) ) |

 The Court convened a telephonic Case Management Conference on June 17, 2008 at 9:30 a.m.

 **IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held on **September 19, 2008** at **9:30 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

 **IT IS SO ORDERED.**

DATED: June 17, 2008

Jan M. Adler
U.S. Magistrate Judge