I. DONALD WEISSMAN (Bar No. 67980)
dweissman@wcclaw.com
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for Plaintiffs
**PEARL YANG and BEAN YEN**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEARL YANG, an individual and BEAN YEN, an individual**,<br><br>Plaintiffs,<br><br>vs.<br><br>**MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive**,<br><br>Defendants. | CASE NO. **3:07-cv-02111-IEG-JMA**<br>(Removed from LASC Case No. BC375391)<br><br>**AMENDED PROOF OF SERVICE**<br><br>Trial Date:       None. |

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

CERTIFICATION OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Brian Takahashi, Esq.<br>Edgar J. Gutierrez, Esq.<br>BOWMAN AND BROOKE LLP<br>879 W. 190th Street, Suite 700<br>Gardena, CA 90248-4227<br>Telephone: (310) 768-3068<br>Facsimile: (310) 719-1019 | Attorneys for Defendant<br>MAYTAG CORPORATION |
| Michael D. Hostetter, Esq.<br>NALL & MILLER, LLP<br>235 Peachtree Street, NE, Suite 1500<br>Atlanta, GA 30303-1401<br>Telephone: (404) 522-2200<br>Facsimile: (404) 522-2208 | National Product Counsel for<br>Whirlpool Corporation |

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Pearl Yang
Bean Yen
6935 Whitecap Drive
Carlsbad, CA 92009

Respectfully submitted,

s/I.DONALD WEISSMAN
I.Donald Weissman, declarant