BOWMAN AND BROOKE LLP
Brian Takahashi (SBN 146505)
Edgar J. Gutierrez (SBN 189011)
879 West 190th Street, Suite 700
Gardena, California 90248-4227
Telephone: (310) 768-3068
Facsimile: (310) 719-1019

NALL & MILLER LLP
Michael D. Hostetter (*Pro Hac Vice*)
235 Peachtree Street, N.E.,
North Tower, Suite 1500
Atlanta, GA 30303-1401
Telephone:   (404) 522-2200
Facsimile:    (404) 522-2208

Attorneys for Defendant, MAYTAG CORPORATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YANG, an individual and BEAN YEN, an individual, <br><br> Plaintiffs, <br> vs. <br><br> MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive, <br><br> Defendant. | **CASE NO. 3:07-cv-02111-IEG-JMA** <br> (Removed from LASC Case No. BC375391) <br><br> Judge: Hon. Irma E. Gonzalez <br> Dept.:   13 <br><br> **DECLARATION OF EDGAR J. GUTIERREZ RE MOTION BY PLAINTIFFS' COUNSEL TO WITHDRAW** <br><br> Action Filed: August 6, 2007 <br> Trial Date:    None |

I, Edgar J. Gutierrez, declare as follows:

1.   I am an attorney admitted to practice before all courts of the State of California and this Court.   I am a partner with Bowman and Brooke LLP, attorneys of record for defendant, Maytag Corporation.   I have personal knowledge of all the facts

set forth herein, and if called upon to do so by the court, could and would testify competently thereto.

2. Defense counsel is not opposed to the Motion to Withdraw presented by plaintiffs' counsel. However, this Declaration is submitted only in response to a point noted in the Motion which Maytag Corporation believes warrants clarification and additional consideration by the Court.

3. Specifically, the Motion states that the request to withdraw will not delay the action. See, Motion at p. 4, lines 16-22. Maytag Corporation respectfully disagrees. The Motion is set for hearing on September 15, 2008. The current case management order provides in pertinent part that:

  a. All parties are to serve expert disclosures on or before August 1, 2008;
  b. All rebuttal disclosures are due on or before August 29, 2008
  c. All discovery is to be completed by October 17, 2008
  d. All motions are due on or before November 14, 2008.

4. In the counsel declaration submitted by Mr. Weissman, it states that "communications between plaintiffs and WCC have deteriorated to the point that further discussions are pointless." See, Weissman Decl. at p. 7, ¶ 7. Consequently, it cannot be determined if plaintiffs' counsel will continue to protect the plaintiffs' interests by meeting the deadlines noted in paragraph 3(a) and 3(b) above or, if circumstances are such that no further action will be taken on behalf of the plaintiffs.

5. Further, even if plaintiffs' counsel is relieved, Maytag does not believe that plaintiffs can secure new counsel who can "get up to speed" and produce the plaintiffs for deposition by the October 17, 2008 discovery cut-off. Specifically, plaintiffs' depositions were duly noticed for July 2, 2008. However, due to the circumstances necessitating the Motion, plaintiffs' counsel requested and Maytag agreed, to take those depositions off calendar. Of course, this has now delayed plaintiffs' depositions by at least two months and Maytag anticipates further delays will follow when, and if, plaintiffs

1  secure new counsel. Maytag anticipates filing a motion for summary judgment. Given the current and likely future delays, it will not be able to meet the November 14, 2008 motion cut-off date.

6. For the foregoing reasons, Maytag Corporation respectfully requests that, should the Motion to Withdraw be granted, that the current case management order be vacated or, in the alternative, that a new case management conference be set so that modifications to case management be order be discussed. Currently, Magistrate Judge Jan Adler has scheduled a further case management conference for September 19, 2008. Maytag Corporation believes this may be an appropriate date to accomplish this.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed this 23 day of July, 2008 at Gardena, California.

_____
Edgar J. Gutierrez, Declarant