# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YANG, an individual and BEAN YEN, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MAYTAG CORPORATION, a Delaware corporation,<br><br>            Defendant. | CASE NO. 07cv2111-IEG(JMA)<br><br>Order Advancing Hearing on Motion to Withdraw as Counsel [Doc. No. 16] |

   To avoid undue delay, the hearing on Plaintiffs Counsel's motion to withdraw is hereby advanced from September 15 to *Friday, August 15, 2008 at 1:30 p.m.* in Courtroom 1 before Chief Judge Irma E. Gonzalez.  Any written opposition to the motion must be filed an served by Friday, August 1, 2008.

   **IT IS SO ORDERED**.

**DATED: July 23, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

07cv2111