| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| | Brian Takahashi (SBN 146505) |
| 2 | Edgar J. Gutierrez (SBN 189011) |
| | 879 West 190th Street, Suite 700 |
| 3 | Gardena, California 90248-4227 |
| | Telephone: (310) 768-3068 |
| 4 | Facsimile: (310) 719-1019 |
| 5 | NALL & MILLER LLP |
| | Michael D. Hostetter (*Pro Hac Vice*) |
| 6 | 235 Peachtree Street, N.E., |
| | North Tower, Suite 1500 |
| 7 | Atlanta, GA 30303-1401 |
| | Telephone:   (404) 522-2200 |
| 8 | Facsimile:   (404) 522-2208 |
| 9 | Attorneys for Defendant, MAYTAG CORPORATION |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YANG, an individual and BEAN YEN, an individual, | CASE NO. 3:07-cv-02111-IEG-JMA (Removed from LASC Case No. BC375391) |
| Plaintiffs, | |
| vs. | Judge: Hon. Irma E. Gonzalez |
| | Dept.: 13 |
| MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive, | **CERTIFICATE OF SERVICE RE DECLARATION OF EDGAR J. GUTIERREZ RE MOTION BY PLAINTIFFS' COUNSEL TO WITHDRAW** |
| Defendant. | |
| | Action Filed: August 6, 2007 |
| | Trial Date:   None |

25   ///

26   ///

27   ///

28   ///

<u>CCP 1013A(3) (Revised 5/1/88)</u>

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, CA 90248-4227.

On July 23, 2008, I served the foregoing document described as **DECLARATION OF EDGAR J. GUTIERREZ RE MOTION BY PLAINTIFFS' COUNSEL TO WITHDRAW** on all interested parties, as follows:

SEE ATTACHED SERVICE LIST

(X) **BY ELECTRONIC MAIL: (Via ECF/CM)**

( ) **BY OVERNIGHT DELIVERY (CCP §1013(c) and §2015.5)**

( ) **BY FACSIMILE (CRC 2.306 and CCP §2015.5):** The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service list and the transmission(s) reported as complete and without error. The facsimile machine I used complied with the California Rules of Court, Rule 2.306(g) and I printed a record of the transmission(s), a copy of which is attached to the original of this declaration.

( ) **BY PERSONAL SERVICE (CCP §1011 and §2015.5):** I delivered such envelope by hand to the addressee.

( ) As follows: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

Executed on July 24, 2008, at Gardena, California.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                       /s Edgar J. Gutierrez
                                                       Edgar J. Gutierrez

CERTIFICATE OF SERVICE RE DECLARATION OF EDGAR J. GUTIERREZ RE MOTION BY PLAINTIFFS' COUNSEL TO WITHDRAW

## SERVICE/MAILING LIST

### Pearl Yang and Bean Yen v. Maytag Corporation

United States District Court (Southern District) Case No.: 3:07-cv-02111-IEG-JMA

| | |
|---|---|
| I. Donald Weissman, Esq.<br>WASSERMAN, COMDEN & CASSELMAN, LLP<br>5567 Reseda Boulevard, Suite 330<br>P.O. Box 7033<br>Tarzana, CA 91357-7033 | **Attorneys for Plaintiffs PEARL YANG and BEACH YEN**<br><br>Tel:  (818) 705-6800<br>         (323) 872-0995<br>Fax:  (818) 345-0162 |
| Michael D. Hostetter<br>NALL & MILLER LLP<br>235 Peachtree Street, N.E.,<br>North Tower, Suite 1500<br>Atlanta, GA 30303-1401 | **Attorney *Pro Hac Vice* for Defendant, MAYTAG CORPORATION**<br><br>Tel:  (404) 522-2200<br>Fax:  (404) 522-2208 |

CERTIFICATE OF SERVICE RE DECLARATION OF EDGAR J. GUTIERREZ RE MOTION BY PLAINTIFFS' COUNSEL TO WITHDRAW