UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL YANG, an individual, et al., | ) Case No. 07-CV-2111-IEG (JMA) ) |
| Plaintiffs, | ) **ORDER SCHEDULING TELEPHONIC** ) **CASE MANAGEMENT CONFERENCE** ) |
| v. | ) ) |
| MAYTAG CORPORATION, et al., | ) ) |
| Defendants. | ) ) |

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held on **September 19, 2008** at **9:30 a.m.** All counsel and unrepresented parties shall participate in the conference. The Court will initiate the conference call.[1]

**IT IS SO ORDERED.**

DATED: August 19, 2008

Jan M. Adler
U.S. Magistrate Judge

---

[1] Plaintiffs, if still unrepresented by the time of the conference call, shall contact the undersigned's chambers at (619) 557-5585 in advance of the conference in order to provide a telephone number at which they can be reached.