# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEARL YANG, an individual and BEAN YEN, an individual**, <br><br> Plaintiffs, <br><br> vs. <br><br> **MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive**, <br><br> Defendants. | CASE NO. **3:07cv02111-IEG(JMA)** <br><br> **ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD** |

TO ALL PARTIES:

GOOD CAUSE appearing, based on the motion of moving party, Wasserman, Comden & Casselman, L.L.P., on August 15, 2008, it is hereby ordered that Wasserman, Comden & Casselman, L.L.P. is relieved as counsel of record for plaintiffs, PEARL YANG and BEAN YEN. Plaintiffs are now in *pro per*, whose mailing address is: 6935 Whitecap Drive, Carlsbad, CA 92009.

/ / /

/ / /

867474.1   ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL

1   IT IS FURTHER ORDERED the pretrial dates previously scheduled and
2 ordered by Magistrate Judge Adler, are vacated, to be reset at the September 19,
3 2008 telephonic Case Management Conference scheduled by Magistrate Judge
4 Adler.

6   IT IS SO ORDERED.

8 DATED: August 20. 2008

_____
U.S. DISTRICT COURT JUDGE