1 | BOWMAN AND BROOKE LLP
Brian Takahashi, Esq. SB# 146505
2 | Edgar J. Gutierrez, Esq. SB# 189011
879 West 190th Street
3 | Suite 700
Gardena, California 90248-4227
4 | Tel:    310/ 768-3068
Fax:    310/ 719-1019
5 |
NALL & MILLER LLP
6 | Michael D. Hostetter (*Pro Hac Vice*)
235 Peachtree Street, N.E.,
7 | North Tower, Suite 1500
Atlanta, GA 30303-1401
8 | Tel:    (404) 522-2200
Fax:    (404) 522-2208
9 |
Attorneys for Defendant
10 | MAYTAG CORPORATION

11 |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

14 | PEARL YANG, an individual and BEAN YEN, an individual,

15 |

Plaintiffs,

16 | vs.

17 | MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive,

18 |

Defendant.

**CASE NO. 3:07-cv-02111-IEG-JMA**
(Removed from LASC Case No. BC375391)

Judge:  Hon. Irma E. Gonzalez
Dept.:   13

**NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE**

**DATE:  September 19, 2008**
**TIME:   9:30 a.m.**

Action Filed:  August 6, 2007
Trial Date:    None

22 |    **TO PLAINTIFFS IN PRO PER:**

23 |    **PLEASE TAKE NOTICE** that the Court has set a Telephonic Case Management

24 | Conference for **September 19, 2008 at 9:30 a.m.**   All counsel and unrepresented

25 | parties shall participate in the conference.   The Court will initiate the conference call.

26 | ///

27 | ///

28 | ///

1       Pursuant to the Court's Order, if plaintiffs are unrepresented at the time of the

2 conference, they shall call the Chambers of Magistrate Judge Jan M. Adler at (619)

3 557-5585 to provide a telephone number at which they can be reached.  (See, Exhibit

4 "A" attached).

5 Dated:  August 29, 2008                BOWMAN AND BROOKE LLP

6

7                                 By:  _____/S Edgar J. Gutierrez_____

8                                         Brian Takahashi

9                                         Edgar J. Gutierrez
                                        Attorney for Defendant, MAYTAG
                                        CORPORATION

10

11 Dated:  August 29, 2008                NALL & MILLER LLP

12

13                                   By:  _____/S Michael D. Hostetter_____

14                                         Michael D. Hostetter
                                        *Pro Hac Vice*

15                                         Attorney for Defendant, MAYTAG
                                        CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   PEARL YANG, an individual, et   )   Case No. 07-CV-2111-IEG (JMA)
     al.,                            )
12                                   )   **ORDER SCHEDULING TELEPHONIC**
                     Plaintiffs,     )   **CASE MANAGEMENT CONFERENCE**
13                                   )
     v.                              )
14                                   )
     MAYTAG CORPORATION, et al.,     )
15                                   )
                     Defendants.     )
16   _____)

17

18       **IT IS HEREBY ORDERED** that a telephonic Case Management

19   Conference will be held on <u>**September 19, 2008**</u> at <u>**9:30 a.m.**</u>  All

20   counsel and unrepresented parties shall participate in the

21   conference.  The Court will initiate the conference call.[1]

22       **IT IS SO ORDERED.**

23   DATED:  August 19, 2008

24                                    _____
                                     Jan M. Adler
25                                   U.S. Magistrate Judge

26

27       [1]Plaintiffs, if still unrepresented by the time of the conference
28   call, shall contact the undersigned's chambers at (619) 557-5585 in
     advance of the conference in order to provide a telephone number at
     which they can be reached.

## PROOF OF SERVICE
*CCP 1013A(3)*

***STATE OF CALIFORNIA, COUNTY OF LOS ANGELES***

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, California 90248-7468.

On September 2, 2008, I served the foregoing document described as **NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing ( ) the original (**X**) true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED SERVICE LIST

(**X**)　**BY MAIL (CCP §1013(a) and §2015.5):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Gardena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

( )　**BY OVERNIGHT DELIVERY/NEXT DAY DELIVERY (CCP §1013(a) and §2015.5):** I sealed such document(s) in separate envelopes for each addressee and deposited each for collection and mailing via overnight mail/next day delivery in a box or other facility regularly maintained by the U.S. Postal Service or an express service carrier, or delivered to an authorized courier or driver authorized by the U.S. Postal Service or an express service carrier to receive documents, with delivery fees paid or provided for.

( )　**BY FACSIMILE (CRC 2.306 and §2015.5):** The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service/mailing list and the transmission(s) reported as complete and without error. The facsimile machine I used complied with the California Rules of Court, Rule 2.306(g), and no error was reported by the machine. Pursuant to CRC, Rule 2.306(g), I caused the facsimile machine to print a transmission(s) record, a true and correct copy of which is attached hereto.

( )　**BY PERSONAL SERVICE (CCP §1011 and §2015.5):** I caused to be delivered such envelope by hand to the addressee.

Executed on September 2, 2008, at Gardena, California.

(**X**) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/S *De Anna J. Louviere-Hernandez*
**De Anna J. Louviere-Hernandez**

::ODMA\PCDOCS\LAX\470583\1

NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE

**SERVICE/MAILING LIST**
**Pearl Yang and Bean Yen v. Maytag Corporation**
United States District Court (Southern District) Case No.: 3:07-cv-02111-IEG-JMA

PEARL YANG and BEACH YEN
Plaintiff's In Pro Per
6935 Whitecap Drive
Carlsbad, California 92009