| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| | Brian Takahashi, Esq. SB# 146505 |
| 2 | Edgar J. Gutierrez, Esq. SB# 189011 |
| | 879 West 190th Street |
| 3 | Suite 700 |
| | Gardena, California 90248-4227 |
| 4 | Tel:   310/ 768-3068 |
| | Fax:  310/ 719-1019 |
| 5 | |
| | NALL & MILLER LLP |
| 6 | Michael D. Hostetter (*Pro Hac Vice*) |
| | 235 Peachtree Street, N.E., |
| 7 | North Tower, Suite 1500 |
| | Atlanta, GA 30303-1401 |
| 8 | Tel:   (404) 522-2200 |
| | Fax:  (404) 522-2208 |
| 9 | |
| | Attorneys for Defendant |
| 10 | MAYTAG CORPORATION |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEARL YANG, an individual and BEAN YEN, an individual, | ) ) ) | CASE NO. 3:07-cv-02111-IEG-JMA (Removed from LASC Case No. BC375391) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Judge: Hon. Irma E. Gonzalez<br>Dept.:  13 |
| MAYTAG CORPORATION, a Delaware corporation, and DOES 1-150, inclusive, | ) ) ) | **CERTIFICATE OF SERVICE OF NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| Defendant. | ) ) ) | |
| | ) ) | DATE: September 19, 2008<br>TIME: 9:30 a.m. |
| | | Action Filed: August 6, 2007<br>Trial Date:   None |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

<pre>
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
</pre>

**PROOF OF SERVICE**
*CCP 1013A(3)*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, California 90248-7468.

On September 2, 2008, I served the foregoing document described as **NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing ( ) the original (**X**) true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

(**X**)   **BY MAIL (CCP §1013(a) and §2015.5):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Gardena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

( )   **BY OVERNIGHT DELIVERY/NEXT DAY DELIVERY (CCP §1013(a) and §2015.5):** I sealed such document(s) in separate envelopes for each addressee and deposited each for collection and mailing via overnight mail/next day delivery in a box or other facility regularly maintained by the U.S. Postal Service or an express service carrier, or delivered to an authorized courier or driver authorized by the U.S. Postal Service or an express service carrier to receive documents, with delivery fees paid or provided for.

( )   **BY FACSIMILE (CRC 2.306 and §2015.5):** The document(s) were transmitted by facsimile transmission to each of the parties at the facsimile number(s) listed on the attached service/mailing list and the transmission(s) reported as complete and without error. The facsimile machine I used complied with the California Rules of Court, Rule 2.306(g), and no error was reported by the machine. Pursuant to CRC, Rule 2.306(g), I caused the facsimile machine to print a transmission(s) record, a true and correct copy of which is attached hereto.

( )   **BY PERSONAL SERVICE (CCP §1011 and §2015.5):** I caused to be delivered such envelope by hand to the addressee.

Executed on September 2, 2008, at Gardena, California.

(**X**) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
De Anna J. Louviere-Hernandez

::ODMA\PCDOCS\LAX\470583\1                    3

NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE

## SERVICE/MAILING LIST
**Pearl Yang and Bean Yen v. Maytag Corporation**
United States District Court (Southern District) Case No.: 3:07-cv-02111-IEG-JMA

PEARL YANG and BEACH YEN
Plaintiff's In Pro Per
6935 Whitecap Drive
Carlsbad, California 92009

L428758